UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiffs,

v.

MICHIGAN PAIN MANAGEMENT PLLC; DEARBORN PAIN SPECIALISTS, PLC; SOUTHFIELD PAIN MANAGEMENT, PLLC; STERLING HEIGHTS PAIN MANAGEMENT, PLC; PRECISION MRI OF MICHIGAN LLC d/b/a PRECISE MRI; ADVANCED SURGERY CENTER, LLC; NORTH SHORE INJURY CENTER, INC.; MEDI TRANSIT INC.; JAMES PADULA, D.O.; JONATHAN MAFFIA; WILLIAM GONTE, M.D.; ELIAS GOLDSTEIN, D.C.; ALBERT JEROME, D.C.; FRANCES MADDEN, M.D.; FATINA MASRI, M.D.; HAITHAM MASRI, M.D.; ALI FARAJ; JAMES DEWEESE; and NATHAM KARRUMI, D.C.,

Defendants.

C.A. No. _____

## INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | Description |
|---|---|
| Exhibit 1 | Michigan Pain Chart of Patients and Treatment at Issue |
| Exhibit 2 | Dearborn Pain Chart of Patients and Treatment at Issue |
| Exhibit 3 | Southfield Pain Chart of Patients and Treatment at Issue |
| Exhibit 4 | Sterling Heights Pain Chart of Patients and Treatment at Issue |
| Exhibit 5 | Precise MRI Chart of Patients and Treatment at Issue |
| Exhibit 6 | Advanced Surgery Chart of Patients and Treatment at Issue |
| Exhibit 7 | North Shore Chart of Patients and Treatment at Issue |
| Exhibit 8 | Medi Transit Chart of Patients and Treatment at Issue |
| Exhibit 9 | Frances Madden Settlement Agreement |
| Exhibit 10 | Johnny Trotter Federal Indictment |
| Exhibit 11 | January 11, 2018 pre-filled document for Patient R.C. |
| Exhibit 12 | HICF allegedly signed by Johnny Trotter |
| Exhibit 13 | 510(k) Determination for Acu-Stim |
| Exhibit 14 | ANSi Request to CMS |
| Exhibit 15 | Precise MRI Letter of Intent |
| Exhibit 16 | Precise MRI Lease |
| Exhibit 17 | Precise MRI Statement of Revenue and Expense |
| Exhibit 18 | Mail and Wire Fraud Chart |
| Exhibit 19 | Michigan Pain Damages Chart |
| Exhibit 20 | Dearborn Pain Damages Chart |
| Exhibit 21 | Southfield Pain Damages Chart |
| Exhibit 22 | Sterling Heights Pain Damages Chart |
| Exhibit 23 | Precise MRI Damages Chart |
| Exhibit 24 | Advanced Surgery Damages Chart |
| Exhibit 25 | North Shore Damages Chart |
| Exhibit 26 | Medi Transit Damages Chart |

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

SMITH & BRINK

*/s/ Jacquelyn A. McEttrick*

_____

Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
Andrew H. DeNinno
adeninno@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiffs
Allstate Insurance Company,
Allstate Fire and Casualty Insurance
Company, Allstate Property and
Casualty Insurance Company,
Esurance Insurance Company, and
Esurance Property and Casualty
Insurance Company*

Dated: February 26, 2019