# EXHIBIT 18

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0257404269 | K.P. | 8/30/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0257404269 | K.P. | 9/11/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | HICF |
| TXA-0107005 | L.B. | 9/11/2012 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | Medical Record |
| 0257404269 | T.W. | 9/13/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0257404269 | T.W. | 9/20/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | HICF |
| 0259686052 | F.T. | 9/25/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| TXA-0107005 | L.B. | 10/9/2012 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | HICF |
| 0259686052 | F.T. | 11/1/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | HICF |
| EXP-0094106 | D.C. | 11/20/2012 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | Medical Record |
| 0267670057 | R.R. | 12/11/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0267670057 | T.B. | 12/13/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0267670057 | T.B. | 12/18/2012 | North Shore | Thomas Luther Copenh | U.S. Mail | Allstate | HICF |
| EXP-0094106 | D.C. | 12/18/2012 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | HICF |
| 0267670057 | R.R. | 12/20/2012 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | HICF |
| 0271403529 | L.B. | 1/31/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0273012609 | A.G. | 2/15/2013 | Medi Transit | Bernard Hughey | U.S. Mail | Allstate | Medical Record |
| 0257404269 | D.C. | 3/12/2013 | North Shore | Steve Lewin | U.S. Mail | Allstate | Medical Record |
| 0271403529 | L.B. | 3/22/2013 | North Shore | Arpitkumar Upadhyay | U.S. Mail | Allstate | HICF |
| 0277939351 | S.M. | 3/26/2013 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| 0277939351 | S.M. | 3/27/2013 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Transport Log |
| 0277939351 | S.M. | 4/9/2013 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Invoice |
| 0280965492 | S.T. | 4/9/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0276795522 | S.H. | 4/10/2013 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| TXA-0111556 | E.F. | 4/11/2013 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | Medical Record |
| TXA-0111556 | E.F. | 4/12/2013 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | HICF |
| 0273012609 | A.G. | 4/15/2013 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Invoice |
| 0280965492 | S.T. | 4/19/2013 | North Shore | Arpitkumar Upadhyay | U.S. Mail | Allstate | HICF |
| 0257404269 | D.C. | 4/26/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | HICF |
| 0283565315 | C.D. | 5/7/2013 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| TXA-0108126 | K.G. | 5/13/2013 | North Shore | Ashesh Bharatbhai | U.S. Mail | Esurance | Medical Record |
| 0276795522 | S.H. | 5/16/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| TXA-0111556 | E.F. | 5/17/2013 | Medi Transit | Medi Transit | Fax | Esurance | Invoice |
| TXA-0111556 | E.F. | 5/17/2013 | Medi Transit | Medi Transit | Fax | Esurance | Transport Log |
| TXA-0108126 | K.G. | 5/24/2013 | North Shore | Ashesh Bharatbhai | U.S. Mail | Esurance | HICF |
| 0277939351 | S.M. | 7/16/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0275979714 | L.D. | 7/30/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0283565315 | C.D. | 9/19/2013 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0275979714 | L.D. | 11/22/2013 | North Shore | Harsh Parikh | Fax | Allstate | HICF |
| EXP-0139293 | H.D. | 11/26/2013 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | Medical Record |
| EXP-0139293 | H.D. | 12/4/2013 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | HICF |
| 0312756349 | F.P. | 1/2/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0312756349 | F.P. | 1/10/2014 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Transport Log |
| 0266797785 | M.D. | 3/13/2014 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Invoice |
| TXA-0129571 | B.T. | 3/31/2014 | North Shore | Veena Acharya | U.S. Mail | Esurance | Medical Record |
| TXA-0129571 | R.L. | 3/31/2014 | North Shore | Veena Acharya | U.S. Mail | Esurance | Medical Record |
| TXA-0129571 | B.T. | 4/2/2014 | North Shore | Veena Acharya | U.S. Mail | Esurance | HICF |
| TXA-0129571 | R.L. | 4/2/2014 | North Shore | Veena Acharya | U.S. Mail | Esurance | HICF |
| 0276795522 | S.H. | 4/23/2014 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Invoice |
| 0280965492 | S.T. | 4/23/2014 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Invoice |
| TXA-0130618 | E.F. | 5/15/2014 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | Medical Record |
| TXA-0130618 | E.F. | 5/19/2014 | North Shore | Pasquale Papalia | U.S. Mail | Esurance | HICF |
| TXA-0130618 | E.F. | 5/20/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | Medical Record |
| TXA-0129571 | S.J. | 5/21/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | Medical Record |
| TXA-0129571 | R.L. | 5/21/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | Medical Record |
| TXA-0129571 | E.T. | 5/21/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | Medical Record |
| 0327099775 | C.L. | 5/22/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| TXA-0131657 | B.S. | 5/22/2014 | Medi Transit | Medi Transit | U.S. Mail | Esurance | Transport Log |
| TXA-0129571 | S.J. | 5/29/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | HICF |
| TXA-0129571 | R.L. | 5/29/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | HICF |
| TXA-0129571 | E.T. | 5/29/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | HICF |
| TXA-0130618 | E.F. | 5/30/2014 | Michigan Pain | James Padula | U.S. Mail | Esurance | HICF |
| 0312756349 | F.P. | 6/4/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0327099775 | C.L. | 6/4/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | HICF |
| TXA-0131657 | B.S. | 6/12/2014 | Medi Transit | Medi Transit | U.S. Mail | Esurance | Invoice |
| TXA-0130618 | E.F. | 6/23/2014 | Medi Transit | Medi Transit | U.S. Mail | Esurance | Transport Log |
| TXA-0130618 | E.F. | 7/3/2014 | Medi Transit | Medi Transit | U.S. Mail | Esurance | Invoice |
| 0312756349 | F.P. | 8/6/2014 | Medi Transit | Medi Transit | U.S. Mail | Allstate | Invoice |
| 0329320816 | T.B. | 8/11/2014 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0337944763 | M.W. | 8/22/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| 0328847512 | T.C. | 9/9/2014 | Michigan Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0337944763 | M.W. | 9/16/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0328847512 | T.C. | 9/18/2014 | Michigan Pain | James Padula | U.S. Mail | Allstate | HICF |
| 0337869440 | D.G. | 9/25/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0337869440 | D.G. | 9/26/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| 0329175277 | S.G. | 10/8/2014 | Michigan Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0342984861 | S.T. | 10/14/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| TXA-0131657 | B.S. | 10/30/2014 | Medi Transit | Medi Transit | U.S. Mail | Esurance | Invoice |
| 0329320816 | T.B. | 10/31/2014 | Michigan Pain | James Padula | U.S. Mail | Allstate | HICF |
| 0348940271 | D.O. | 12/2/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0348940271 | A.T. | 12/3/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | Medical Record |
| 0342984861 | S.T. | 12/4/2014 | North Shore | Pasquale Papalia | U.S. Mail | Allstate | Medical Record |
| 0348940271 | D.O. | 12/8/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| 0348940271 | A.T. | 12/8/2014 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| 0317088888 | S.A. | 12/17/2014 | Advanced Surgery | Siva Sripada | U.S. Mail | Allstate | Medical Record |
| TXA-0142017 | M.D. | 12/18/2014 | Michigan Pain | Chitra Sinha | U.S. Mail | Esurance | Medical Record |
| TXA-0142017 | M.D. | 12/30/2014 | Michigan Pain | Chitra Sinha | U.S. Mail | Esurance | HICF |
| 0317088888 | S.A. | 1/5/2015 | Advanced Surgery | Siva Sripada | U.S. Mail | Allstate | HICF |
| 0329175277 | S.G. | 1/14/2015 | Michigan Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0341826329 | M.O. | 2/12/2015 | Advanced Surgery | Labeed Nouri | U.S. Mail | Allstate | Medical Record |
| 0329175277 | S.G. | 2/13/2015 | Michigan Pain | James Padula | U.S. Mail | Allstate | HICF |
| 0341826329 | M.O. | 3/20/2015 | Advanced Surgery | Labeed Nouri | U.S. Mail | Allstate | HICF |
| 0355492943 | D.S. | 3/20/2015 | Michigan Pain | James Padula | U.S. Mail | Allstate | HICF |
| 0309978995 | C.P. | 3/23/2015 | Advanced Surgery | Siva Sripada | Fax | Allstate | HICF |
| 0309978995 | C.P. | 3/23/2015 | Advanced Surgery | Siva Sripada | Fax | Allstate | Medical Record |
| 0355492943 | D.S. | 3/30/2015 | Medi Transit | Medi Transit | Fax | Allstate | HICF |
| 0355492943 | D.S. | 4/3/2015 | North Shore | Pasquale Papalia | Fax | Allstate | HICF |
| 0298794710 | T.H. | 4/21/2015 | Advanced Surgery | James Padula | Fax | Allstate | Medical Record |
| 0357772888 | B.S. | 5/8/2015 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| 0357772888 | B.S. | 5/8/2015 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0350315743 | C.C. | 5/8/2015 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| 0350315743 | C.C. | 5/8/2015 | North Shore | John Dimitriou | Fax | Allstate | Medical Record |
| 0355492943 | D.S. | 5/12/2015 | Advanced Surgery | James Padula | Fax | Allstate | HICF |
| 0355462342 | D.W. | 5/14/2015 | North Shore | Pasquale Papalia | Fax | Allstate | HICF |
| 0355462342 | D.W. | 5/14/2015 | North Shore | Pasquale Papalia | Fax | Allstate | Medical Record |
| 0298794710 | T.H. | 5/27/2015 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| TXA-0143760 | A.C. | 5/27/2015 | Advanced Surgery | Amanda Gil | U.S. Mail | Esurance | Medical Record |
| TXA-0144177 | S.A. | 5/27/2015 | Advanced Surgery | Amanda Gil | U.S. Mail | Esurance | Medical Record |
| 0355492943 | D.S. | 6/1/2015 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| 0355492943 | D.S. | 6/4/2015 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| TXA-0143760 | A.C. | 6/8/2015 | Advanced Surgery | Bachu Abraham | U.S. Mail | Esurance | HICF |
| TXA-0144177 | S.A. | 6/8/2015 | Advanced Surgery | Bachu Abraham | U.S. Mail | Esurance | HICF |
| 0298794710 | T.H. | 6/10/2015 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| TXA-0151021 | D.N. | 6/11/2015 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0151021 | D.N. | 6/11/2015 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| 0298794710 | T.H. | 6/13/2015 | Advanced Surgery | James Padula | Fax | Allstate | HICF |
| 0350315743 | J.H. | 7/14/2015 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| 0350315743 | J.H. | 7/14/2015 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0355492943 | D.S. | 7/20/2015 | Advanced Surgery | James Padula | Fax | Allstate | Medical Record |
| 0344871892 | W.G. | 7/29/2015 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0355492943 | D.S. | 7/30/2015 | Medi Transit | Medi Transit | Fax | Allstate | Medical Record |
| 0344871892 | W.G. | 7/30/2015 | Michigan Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0376011250 | G.E. | 8/12/2015 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0376011250 | G.E. | 8/12/2015 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0344871892 | W.G. | 8/12/2015 | Michigan Pain | James Padula | Fax | Allstate | HICF |

2

Case 2:19-cv-10579-GCS-APP ECF No. 1-19 filed 02/26/19 PageID.737 Page 4 of 10

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0344871892 | W.G. | 8/19/2015 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0328847512 | T.C. | 8/25/2015 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0379219827 | R.S. | 9/1/2015 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0379219827 | R.S. | 9/1/2015 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0368276507 | S.W. | 9/14/2015 | Medi Transit | Medi Transit | Fax | Allstate | HICF |
| 0368276507 | S.W. | 9/14/2015 | Medi Transit | John Dimitriou | Fax | Allstate | Medical Record |
| 0356131714 | C.A. | 10/2/2015 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| 0356131714 | C.A. | 10/6/2015 | Advanced Surgery | James Padula | Fax | Allstate | Medical Record |
| 0356131714 | C.A. | 10/7/2015 | Michigan Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0328847512 | T.C. | 10/15/2015 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0386513963 | S.B. | 10/16/2015 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| 0386513963 | S.B. | 10/16/2015 | North Shore | John Dimitriou | Fax | Allstate | Medical Record |
| 0356131714 | C.A. | 10/19/2015 | Advanced Surgery | James Padula | Fax | Allstate | HICF |
| 0344481387 | J.G. | 10/22/2015 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0344481387 | J.G. | 10/22/2015 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0379745366 | A.H. | 10/28/2015 | North Shore | Raminder Kaur | Fax | Allstate | HICF |
| 0379745366 | A.H. | 10/28/2015 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| 0368276507 | S.W. | 11/6/2015 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| 0368276507 | S.W. | 11/18/2015 | North Shore | Raminder Kaur | Fax | Allstate | HICF |
| TXA-0159146 | T.A. | 12/10/2015 | North Shore | Pasquale Papalia | Fax | Esurance | HICF |
| TXA-0159146 | T.A. | 12/10/2015 | North Shore | Pasquale Papalia | Fax | Esurance | Medical Record |
| 0379219827 | R.S. | 12/16/2015 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| TXA-0150324 | D.S. | 12/22/2015 | Michigan Pain | Frances Madden | Fax | Esurance | HICF |
| TXA-0150324 | D.S. | 12/22/2015 | Michigan Pain | Michigan Pain | Fax | Esurance | Medical Record |
| 0391112521 | R.M. | 12/30/2015 | North Shore | Raminder Kaur | Fax | Allstate | HICF |
| 0391112521 | R.M. | 12/30/2015 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| 0379219827 | R.S. | 1/19/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| TXA-0158595 | J.G. | 1/21/2016 | Michigan Pain | Frances Madden | Fax | Esurance | Medical Record |
| TXA-0158595 | J.G. | 1/21/2016 | Michigan Pain | Frances Madden | Fax | Esurance | HICF |
| 0381469634 | R.W. | 1/25/2016 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| 0384029054 | Z.P. | 1/26/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0393864673 | V.I. | 2/7/2016 | Michigan Pain | Michigan Pain | Fax | Allstate | Medical Record |
| 0246629091 | A.M. | 2/8/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0246629091 | A.M. | 2/8/2016 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0384029054 | Z.P. | 2/9/2016 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0327585485 | T.P. | 2/10/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0378559447 | K.B. | 2/12/2016 | Advanced Surgery | Hussein Huraibi | Fax | Allstate | Medical Record |
| FXP-0173729 | G.A. | 2/12/2016 | Michigan Pain | Frances Madden | Fax | Esurance | HICF |
| FXP-0173729 | G.A. | 2/12/2016 | Michigan Pain | Michigan Pain | Fax | Esurance | Medical Record |
| 0401244058 | K.Y. | 2/23/2016 | North Shore | Pasquale Papalia | Fax | Allstate | HICF |
| 0401244058 | K.Y. | 2/23/2016 | North Shore | Pasquale Papalia | Fax | Allstate | Medical Record |
| 0394918775 | J.Z. | 2/29/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0394918775 | J.Z. | 2/29/2016 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0378559447 | K.B. | 3/4/2016 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0391112521 | R.M. | 3/11/2016 | North Shore | Pasquale Papalia | Fax | Allstate | HICF |
| 0387572654 | C.L. | 3/14/2016 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Allstate | Medical Record |
| 0396025934 | D.M. | 3/14/2016 | Advanced Surgery | Bachu Abraham | U.S. Mail | Allstate | Medical Record |
| 0393864673 | V.I. | 3/16/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| TXA-0164502 | T.B. | 3/16/2016 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0164502 | T.B. | 3/16/2016 | North Shore | Alan Karoub | Fax | Esurance | Medical Record |
| 0387572654 | C.L. | 3/24/2016 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0378559447 | K.B. | 4/5/2016 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| TXA-0163375 | L.C. | 4/6/2016 | Precise MRI | Precise MRI | Fax | Esurance | HICF |
| TXA-0163375 | L.C. | 4/6/2016 | Precise MRI | Maria Noitakis | Fax | Esurance | Medical Record |
| 0327585485 | T.P. | 4/25/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0398350439 | D.D. | 4/26/2016 | Southfield Pain | Angelo Sorce | Fax | Allstate | HICF |
| 0398350439 | D.D. | 4/26/2016 | Southfield Pain | Angelo Sorce | Fax | Allstate | Medical Record |
| TXA-0165090 | R.T. | 5/2/2016 | North Shore | Pasquale Papalia | Fax | Esurance | HICF |
| TXA-0165090 | R.T. | 5/2/2016 | North Shore | Pasquale Papalia | Fax | Esurance | Medical Record |
| 0390106060 | K.L. | 5/3/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0398532382 | T.R. | 5/4/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0398532382 | T.R. | 5/4/2016 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0379447196 | D.S. | 5/4/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0390106060 | K.L. | 5/5/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0396025934 | D.M. | 5/9/2016 | Advanced Surgery | Bachu Abraham | U.S. Mail | Allstate | HICF |
| 0379219827 | R.S. | 5/10/2016 | Southfield Pain | Angelo Sorce | Fax | Allstate | HICF |
| 0379219827 | R.S. | 5/10/2016 | Southfield Pain | Angelo Sorce | Fax | Allstate | Medical Record |
| 0393986864 | R.T. | 5/18/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0393986864 | R.T. | 5/18/2016 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0379447196 | D.S. | 6/2/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0384029054 | Z.P. | 6/10/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0384029054 | Z.P. | 6/10/2016 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0410534481 | K.T. | 6/13/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| 0415436765 | A.M. | 6/15/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0415436765 | A.M. | 6/15/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| 0381469634 | R.W. | 6/21/2016 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0410534481 | K.T. | 6/22/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0410534481 | K.T. | 6/22/2016 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0393986864 | R.T. | 6/22/2016 | Advanced Surgery | Francis McCormick | U.S. Mail | Allstate | Medical Record |
| 0410534481 | K.T. | 6/27/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0415436765 | N.J. | 6/27/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0415436765 | N.J. | 6/27/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| 0391112521 | R.M. | 6/30/2016 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| 0418719837 | C.R. | 7/13/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0418719837 | C.R. | 7/13/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| 0418719837 | C.Z. | 7/15/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0418719837 | C.Z. | 7/15/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| 0352117345 | R.B. | 7/19/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0352117345 | R.B. | 7/19/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| TXA-0164574 | S.B. | 7/20/2016 | Southfield Pain | John Trotter | Fax | Esurance | HICF |
| TXA-0164574 | S.B. | 7/20/2016 | Southfield Pain | John Trotter | Fax | Esurance | Medical Record |
| TXA-0150324 | D.S. | 8/9/2016 | Advanced Surgery | James Padula | U.S. Mail | Esurance | Medical Record |
| 0410877393 | T.D. | 8/12/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0410877393 | T.D. | 8/12/2016 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| TXA-0150324 | D.S. | 8/16/2016 | Advanced Surgery | James Padula | U.S. Mail | Esurance | HICF |
| TXA-0169966 | S.D. | 8/25/2016 | North Shore | Pasquale Papalia | Fax | Esurance | HICF |
| TXA-0169966 | S.D. | 8/25/2016 | North Shore | Pasquale Papalia | Fax | Esurance | Medical Record |
| 0427219498 | J.M. | 9/26/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0379219827 | R.S. | 9/28/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0379219827 | R.S. | 9/28/2016 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0417961661 | M.M. | 10/6/2016 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0417961661 | M.M. | 10/6/2016 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| TXA-0150324 | D.S. | 10/7/2016 | Precise MRI | Precise MRI | Fax | Esurance | HICF |
| TXA-0150324 | D.S. | 10/7/2016 | Precise MRI | Ashley Abramson | Fax | Esurance | Medical Record |
| TXA-0165171 | M.C. | 10/12/2016 | Advanced Surgery | Francis McCormick | U.S. Mail | Esurance | Medical Record |
| 0427219498 | J.M. | 10/21/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0427219498 | J.M. | 10/21/2016 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0422477315 | M.Y. | 11/2/2016 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0422477315 | M.Y. | 11/2/2016 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0378559447 | K.B. | 11/4/2016 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0390106060 | K.L. | 11/29/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| TXA-0165171 | M.C. | 12/7/2016 | Advanced Surgery | Francis McCormick | U.S. Mail | Esurance | HICF |
| 0415436765 | N.J. | 12/9/2016 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Allstate | Medical Record |
| TXA-0177836 | N.G. | 12/14/2016 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0177836 | N.G. | 12/14/2016 | North Shore | Pasquale Papalia | Fax | Esurance | Medical Record |
| 0437651847 | M.D. | 12/16/2016 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| 0427219498 | J.M. | 12/18/2016 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0390106060 | K.L. | 12/18/2016 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0437651847 | M.D. | 12/21/2016 | North Shore | John Dimitriou | Fax | Allstate | Medical Record |
| 0437651847 | T.D. | 12/21/2016 | North Shore | John Dimitriou | Fax | Allstate | Medical Record |
| 0393986864 | R.T. | 12/27/2016 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0415436765 | N.J. | 12/27/2016 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Allstate | HICF |
| 0402551955 | W.A. | 12/28/2016 | Dearborn Pain | John Trotter | Fax | Allstate | HICF |
| 0402551955 | W.A. | 12/28/2016 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0437651847 | T.D. | 12/28/2016 | North Shore | Pasquale Papalia | Fax | Allstate | HICF |
| 0442588398 | H.L. | 1/13/2017 | Dearborn Pain | John Trotter | Fax | Allstate | HICF |
| 0447910480 | A.A. | 1/19/2017 | North Shore | John Dimitriou | U.S. Mail | Allstate | HICF |
| TXA-0165171 | M.C. | 1/28/2017 | Michigan Pain | Francis McCormick | Fax | Esurance | HICF |
| TXA-0165171 | M.C. | 1/28/2017 | Michigan Pain | Francis McCormick | Fax | Esurance | Medical Record |
| 0444334346 | E.C. | 2/8/2017 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |
| 0444466387 | M.H. | 2/8/2017 | Dearborn Pain | John Trotter | Fax | Allstate | HICF |
| 0444466387 | M.H. | 2/8/2017 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |
| TXA-0176966 | T.B. | 2/8/2017 | Precise MRI | Precise MRI | Fax | Esurance | HICF |
| TXA-0176966 | T.B. | 2/8/2017 | Precise MRI | Maria Noitakis | Fax | Esurance | Medical Record |
| 0437312929 | M.M. | 2/14/2017 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0437312929 | M.M. | 2/14/2017 | Southfield Pain | John Trotter | Fax | Allstate | Medical Record |
| 0444334346 | E.C. | 2/22/2017 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0413521519 | S.K. | 2/28/2017 | Dearborn Pain | John Trotter | Fax | Allstate | HICF |
| 0413521519 | S.K. | 2/28/2017 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |
| 0442746953 | A.A. | 3/3/2017 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0442746953 | A.A. | 3/3/2017 | Michigan Pain | Michigan Pain | Fax | Allstate | Medical Record |
| 0442588398 | H.L. | 3/3/2017 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0442588398 | H.L. | 3/3/2017 | Michigan Pain | Michigan Pain | Fax | Allstate | Medical Record |
| TXA-0175779 | D.D. | 3/7/2017 | Advanced Surgery | James Padula | U.S. Mail | Esurance | Medical Record |
| 0446641649 | A.R. | 3/8/2017 | Dearborn Pain | John Trotter | Fax | Allstate | HICF |
| 0446641649 | A.R. | 3/8/2017 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |
| 0445568686 | R.J. | 3/8/2017 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |
| 0444334346 | E.C. | 3/8/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0431326032 | N.S. | 3/9/2017 | Southfield Pain | John Trotter | Fax | Allstate | HICF |
| 0480408251 | J.G. | 3/9/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0423099091 | J.W. | 3/13/2017 | Dearborn Pain | John Trotter | Fax | Allstate | HICF |
| 0423099091 | J.W. | 3/13/2017 | Dearborn Pain | John Trotter | Fax | Allstate | Medical Record |
| 0444334346 | E.C. | 3/14/2017 | Advanced Surgery | John Trotter | U.S. Mail | Allstate | Medical Record |
| TXA-0175779 | D.D. | 3/16/2017 | Advanced Surgery | James Padula | U.S. Mail | Esurance | HICF |
| 0446641649 | A.R. | 3/22/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0446641649 | A.R. | 3/22/2017 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0444334346 | E.C. | 3/24/2017 | Advanced Surgery | John Trotter | U.S. Mail | Allstate | HICF |
| 0449847002 | A.B. | 3/24/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0442588398 | H.L. | 3/28/2017 | Advanced Surgery | John Trotter | U.S. Mail | Allstate | Medical Record |
| 0480408251 | J.G. | 3/28/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| TXA-0181378 | I.B. | 3/31/2017 | Precise MRI | Precise MRI | Fax | Esurance | HICF |
| TXA-0181378 | I.B. | 3/31/2017 | Precise MRI | Maria Noitakis | Fax | Esurance | Medical Record |
| 0444971188 | S.B. | 4/4/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0379002603 | T.G. | 4/4/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0384029054 | Z.P. | 4/4/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | Medical Record |
| 0480408251 | J.G. | 4/6/2017 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0480408251 | J.G. | 4/6/2017 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0444971188 | S.B. | 4/6/2017 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| 0444971188 | S.B. | 4/6/2017 | Michigan Pain | James Padula | Fax | Allstate | Medical Record |
| 0379002603 | T.G. | 4/6/2017 | Michigan Pain | James Padula | Fax | Allstate | HICF |
| 0379002603 | T.G. | 4/6/2017 | Michigan Pain | Michigan Pain | Fax | Allstate | Medical Record |
| 0449847002 | A.B. | 4/7/2017 | Sterling Heights Pain | James Padula | U.S. Mail | Allstate | HICF |
| 0444971188 | S.B. | 4/18/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0379002603 | T.G. | 4/18/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0384029054 | Z.P. | 4/18/2017 | Advanced Surgery | James Padula | U.S. Mail | Allstate | HICF |
| 0445568686 | R.J. | 4/22/2017 | Dearborn Pain | John Trotter | U.S. Mail | Allstate | HICF |
| 0442588398 | H.L. | 4/24/2017 | Dearborn Pain | William Gonte | U.S. Mail | Allstate | Medical Record |
| TXA-0179688 | S.T. | 5/4/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Esurance | Medical Record |
| 0340429604 | E.B. | 5/5/2017 | Southfield Pain | William Gonte | Fax | Allstate | HICF |
| 0454546359 | J.L. | 5/5/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0422442558 | M.A. | 5/10/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | HICF |
| 0444334346 | E.C. | 5/11/2017 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| TXA-0179688 | S.T. | 5/16/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Esurance | HICF |
| 0390106060 | K.L. | 6/8/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0390106060 | K.L. | 6/8/2017 | Precise MRI | David Griffith | Fax | Allstate | Medical Record |
| TXA-0165171 | J.A. | 6/20/2017 | Michigan Pain | Frances Madden | Fax | Esurance | HICF |

5

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| TXA-0165171 | J.A. | 6/20/2017 | Michigan Pain | Frances Madden | Fax | Esurance | Medical Record |
| TXA-0165836 | J.A. | 6/26/2017 | Southfield Pain | Rabinder Bhatti | Fax | Esurance | HICF |
| TXA-0165836 | J.A. | 6/26/2017 | Southfield Pain | Rabinder Bhatti | Fax | Esurance | Medical Record |
| 0449849776 | R.P. | 7/6/2017 | Michigan Pain | Frances Madden | Fax | Allstate | Medical Record |
| 0439225269 | C.S. | 7/14/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0439225269 | C.S. | 7/17/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0449849776 | R.P. | 7/26/2017 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0422442558 | M.A. | 7/28/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | Medical Record |
| 0438737264 | M.Y. | 8/18/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | HICF |
| 0438737264 | M.Y. | 8/18/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | Medical Record |
| 0449849776 | R.P. | 8/30/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0449849776 | R.P. | 8/30/2017 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0452593379 | W.H. | 9/15/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0443950886 | J.E. | 9/22/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0454546359 | J.L. | 9/25/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0443950886 | J.E. | 9/27/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0418579090 | L.T. | 9/27/2017 | Sterling Heights Pain | Candace Gumma | U.S. Mail | Allstate | Medical Record |
| 0483737482 | E.J. | 9/28/2017 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| 0483737482 | E.J. | 9/29/2017 | North Shore | John Dimitriou | Fax | Allstate | Medical Record |
| 0418579090 | L.T. | 10/2/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0397904939 | E.L. | 10/5/2017 | Southfield Pain | Michael Roberts | Fax | Allstate | Medical Record |
| 0471077859 | N.J. | 10/13/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0476540513 | S.M. | 10/13/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0471077859 | N.J. | 10/16/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0452593379 | W.H. | 10/16/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0473579522 | R.K. | 10/18/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0473579522 | R.K. | 10/18/2017 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0476016084 | R.J. | 10/24/2017 | Advanced Surgery | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0449849776 | R.P. | 10/24/2017 | Advanced Surgery | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0449849776 | L.P. | 10/24/2017 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| 0476540513 | S.M. | 10/25/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0476540513 | S.M. | 10/25/2017 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0476540513 | Y.D. | 10/25/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0476540513 | Y.D. | 10/25/2017 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| TXA-0192872 | M.A. | 10/25/2017 | Dearborn Pain | George Ibraheim | U.S. Mail | Esurance | Medical Record |
| 0340429604 | E.B. | 10/27/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | Medical Record |
| 0476016084 | R.J. | 10/27/2017 | Advanced Surgery | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0449849776 | R.P. | 10/27/2017 | Advanced Surgery | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0476540513 | Y.D. | 10/27/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| TXA-0192872 | M.A. | 10/27/2017 | Dearborn Pain | George Ibraheim | U.S. Mail | Esurance | HICF |
| 0476540513 | S.M. | 10/30/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0476540513 | Y.D. | 10/30/2017 | Sterling Heights Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0372882936 | M.M. | 10/31/2017 | Southfield Pain | Michael Roberts | Fax | Allstate | HICF |
| 0372882936 | M.M. | 10/31/2017 | Southfield Pain | Michael Roberts | Fax | Allstate | Medical Record |
| 0460037633 | V.O. | 10/31/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | HICF |
| 0460037633 | V.O. | 10/31/2017 | Southfield Pain | Michael Roberts | Fax | Allstate | Medical Record |
| 0449849776 | L.P. | 11/3/2017 | Michigan Pain | Kevin Crawford | U.S. Mail | Allstate | HICF |
| 0477218101 | K.W. | 11/6/2017 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| 0477218101 | K.W. | 11/6/2017 | North Shore | John Dimitriou | Fax | Allstate | Medical Record |
| 0478554868 | M.H. | 11/6/2017 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| TXA-0194577 | T.A. | 11/6/2017 | North Shore | Pasquale Papalia | Fax | Esurance | HICF |
| TXA-0194577 | T.A. | 11/6/2017 | North Shore | Pasquale Papalia | Fax | Esurance | HICF |
| TXA-0192872 | M.A. | 11/6/2017 | Advanced Surgery | George Ibraheim | U.S. Mail | Esurance | Medical Record |
| 0449231489 | D.H. | 11/9/2017 | Michigan Pain | Frances Madden | Fax | Allstate | HICF |
| 0449231489 | D.H. | 11/9/2017 | Michigan Pain | Michigan Pain | Fax | Allstate | Medical Record |
| 0431326032 | N.S. | 11/9/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | Medical Record |
| 0397904939 | E.L. | 11/9/2017 | Southfield Pain | Rabinder Bhatti | Fax | Allstate | HICF |
| 0476016084 | R.J. | 11/10/2017 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0476016084 | R.J. | 11/10/2017 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| TXA-0192872 | M.A. | 11/10/2017 | Advanced Surgery | George Ibraheim | U.S. Mail | Esurance | HICF |
| TXA-0194063 | C.W. | 11/13/2017 | North Shore | Raminder Kaur | Fax | Esurance | HICF |
| TXA-0194063 | C.W. | 11/13/2017 | North Shore | Raminder Kaur | Fax | Esurance | Medical Record |

Case 2:19-cv-10579-GCS-APP ECF No. 1-19 filed 02/26/19 PageID.741 Page 8 of 10

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0483737482 | E.J. | 11/14/2017 | North Shore | Pasquale Papalia | Fax | Allstate | HICF |
| FXP-0323812 | F.W. | 11/16/2017 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| FXP-0323812 | F.W. | 11/16/2017 | North Shore | John Dimitriou | Fax | Esurance | Medical Record |
| 0478554868 | M.H. | 11/20/2017 | North Shore | Pasquale Papalia | Fax | Allstate | Medical Record |
| 0449849776 | R.P. | 11/22/2017 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| 0449849776 | R.P. | 11/29/2017 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| TXA-0191464 | R.S. | 12/5/2017 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Esurance | Medical Record |
| TXA-0191464 | R.S. | 12/6/2017 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Esurance | HICF |
| TXA-0195872 | S.J. | 12/8/2017 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0195872 | S.J. | 12/8/2017 | North Shore | John Dimitriou | Fax | Esurance | Medical Record |
| 0483737482 | E.J. | 12/14/2017 | North Shore | Pasquale Papalia | Fax | Allstate | Medical Record |
| TXA-0196641 | T.C. | 12/20/2017 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0196641 | T.C. | 12/20/2017 | North Shore | John Dimitriou | Fax | Esurance | Medical Record |
| 0442588398 | H.L. | 12/22/2017 | Advanced Surgery | John Trotter | U.S. Mail | Allstate | HICF |
| TXA-0197188 | R.L. | 12/26/2017 | North Shore | Raminder Kaur | Fax | Esurance | HICF |
| TXA-0197188 | R.L. | 12/26/2017 | North Shore | Raminder Kaur | Fax | Esurance | Medical Record |
| 0483737482 | E.J. | 1/1/2018 | Medi Transit | Medi Transit | Fax | Allstate | Transport Log |
| 0476016084 | R.J. | 1/4/2018 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Allstate | Medical Record |
| TXA-0192437 | Z.C. | 1/4/2018 | Michigan Pain | Michael Roberts | U.S. Mail | Esurance | Medical Record |
| TXA-0192437 | Z.C. | 1/5/2018 | Michigan Pain | Michael Roberts | U.S. Mail | Esurance | HICF |
| 0476016084 | R.J. | 1/9/2018 | Dearborn Pain | Rabinder Bhatti | U.S. Mail | Allstate | HICF |
| 0483737482 | E.J. | 1/16/2018 | North Shore | Pasquale Papalia | Fax | Allstate | Medical Record |
| TXA-0197188 | R.L. | 1/19/2018 | Medi Transit | Medi Transit | Fax | Esurance | HICF |
| TXA-0197188 | R.L. | 1/19/2018 | Medi Transit | Pasquale Papalia | Fax | Esurance | Medical Record |
| 0445568686 | R.J. | 1/23/2018 | Advanced Surgery | Syed Moosavi | U.S. Mail | Allstate | Medical Record |
| TXA-0178760 | S.N. | 1/23/2018 | Advanced Surgery | James Padula | U.S. Mail | Esurance | Medical Record |
| 0445568686 | R.J. | 1/24/2018 | Advanced Surgery | Syed Moosavi | U.S. Mail | Allstate | HICF |
| 0489270223 | Z.S. | 1/24/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| 0489270223 | V.S. | 1/24/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| 0489270223 | I.K. | 1/24/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| 0489270223 | Z.S. | 1/25/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| 0489270223 | I.K. | 1/25/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| 0475909404 | W.A. | 1/26/2018 | Dearborn Pain | George Ibraheim | U.S. Mail | Allstate | Medical Record |
| 0422477315 | M.Y. | 1/27/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| TXA-0198047 | C.S. | 1/28/2018 | North Shore | Pasquale Papalia | Fax | Esurance | HICF |
| TXA-0198047 | C.S. | 1/28/2018 | North Shore | Pasquale Papalia | Fax | Esurance | Medical Record |
| TXA-0198047 | C.L. | 1/29/2018 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0198047 | C.L. | 1/29/2018 | North Shore | John Dimitriou | Fax | Esurance | Medical Record |
| 0475909404 | W.A. | 1/29/2018 | Dearborn Pain | George Ibraheim | U.S. Mail | Allstate | HICF |
| TXA-0197188 | R.L. | 1/30/2018 | North Shore | Raminder Kaur | Fax | Esurance | HICF |
| TXA-0197188 | R.L. | 1/30/2018 | North Shore | Raminder Kaur | Fax | Esurance | Medical Record |
| TXA-0178760 | S.N. | 1/30/2018 | Advanced Surgery | James Padula | U.S. Mail | Esurance | HICF |
| 0489270223 | V.S. | 1/31/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| 0422477315 | M.Y. | 2/1/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| 0469011860 | J.S. | 2/2/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0469011860 | J.S. | 2/2/2018 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0473579522 | R.K. | 2/8/2018 | Michigan Pain | Mustafa Shukr | U.S. Mail | Allstate | Medical Record |
| 0483737482 | E.J. | 2/13/2018 | North Shore | Raminder Kaur | Fax | Allstate | HICF |
| TXA-0181386 | C.H. | 2/13/2018 | Southfield Pain | John Trotter | Fax | Esurance | HICF |
| TXA-0181386 | C.H. | 2/13/2018 | Southfield Pain | John Trotter | Fax | Esurance | Medical Record |
| TXA-0198047 | C.L. | 2/13/2018 | Medi Transit | Medi Transit | Fax | Esurance | HICF |
| TXA-0198047 | C.L. | 2/13/2018 | Medi Transit | John Dimitriou | Fax | Esurance | Medical Record |
| TXA-0198047 | C.S. | 2/13/2018 | Medi Transit | Medi Transit | Fax | Esurance | HICF |
| TXA-0198047 | C.S. | 2/13/2018 | Medi Transit | John Dimitriou | Fax | Esurance | Medical Record |
| 0489270223 | Z.S. | 2/16/2018 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0489270223 | Z.S. | 2/16/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0489270223 | V.S. | 2/16/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0489270223 | V.S. | 2/16/2018 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0489270223 | I.K. | 2/16/2018 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 0489270223 | I.K. | 2/16/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0401405873 | C.S. | 2/16/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| 0473579522 | R.K. | 2/16/2018 | Michigan Pain | Mustafa Shukr | U.S. Mail | Allstate | HICF |

Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 18

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0401405873 | C.S. | 2/22/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| 0478554868 | M.H. | 2/28/2018 | North Shore | Raminder Kaur | Fax | Allstate | HICF |
| 0478554868 | M.H. | 2/28/2018 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| TXA-0193978 | A.H. | 3/2/2018 | Precise MRI | Maria Noitakis | Fax | Esurance | Medical Record |
| TXA-0193978 | A.H. | 3/2/2018 | Precise MRI | Precise MRI | Fax | Esurance | HICF |
| 0483737482 | E.J. | 3/8/2018 | Medi Transit | Medi Transit | Fax | Allstate | HICF |
| 0469011860 | Y.A. | 3/9/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0469011860 | Y.A. | 3/9/2018 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| 0483237046 | S.B. | 3/21/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| TXA-0195917 | P.T. | 3/22/2018 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Esurance | Medical Record |
| TXA-0195917 | P.T. | 3/22/2018 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Esurance | HICF |
| 0483237046 | S.B. | 3/23/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| 0443968763 | S.J. | 4/2/2018 | Advanced Surgery | George Ibraheim | U.S. Mail | Allstate | HICF |
| 0443968763 | S.J. | 4/2/2018 | Advanced Surgery | George Ibraheim | U.S. Mail | Allstate | Medical Record |
| TXA-0192437 | Z.C. | 4/4/2018 | Precise MRI | Precise MRI | Fax | Esurance | HICF |
| TXA-0192437 | Z.C. | 4/4/2018 | Precise MRI | Maria Noitakis | Fax | Esurance | Medical Record |
| TXA-0198116 | Z.A. | 4/8/2018 | Dearborn Pain | Tessy Jenkins | U.S. Mail | Esurance | Medical Record |
| TXA-0198116 | Z.A. | 4/10/2018 | Dearborn Pain | James Padula | U.S. Mail | Esurance | HICF |
| 0483737482 | E.J. | 4/20/2018 | North Shore | Raminder Kaur | Fax | Allstate | Medical Record |
| 0483737482 | E.J. | 4/20/2018 | North Shore | John Dimitriou | Fax | Allstate | HICF |
| 0461166407 | P.S. | 4/26/2018 | Advanced Surgery | Stefan Pribil | U.S. Mail | Allstate | HICF |
| 0461166407 | P.S. | 4/26/2018 | Advanced Surgery | Stefan Pribil | U.S. Mail | Allstate | Medical Record |
| 0461166407 | P.S. | 4/26/2018 | Dearborn Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0461166407 | P.S. | 4/27/2018 | Dearborn Pain | James Padula | U.S. Mail | Allstate | HICF |
| TXA-0202884 | M.S. | 4/30/2018 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0202884 | M.S. | 4/30/2018 | North Shore | John Dimitriou | Fax | Esurance | Medical Record |
| 0490126455 | M.C. | 5/1/2018 | Dearborn Pain | Mustafa Shukr | U.S. Mail | Allstate | Medical Record |
| 0349217083 | C.S. | 5/3/2018 | Dearborn Pain | James Padula | U.S. Mail | Allstate | Medical Record |
| 0349217083 | C.S. | 5/4/2018 | Dearborn Pain | James Padula | U.S. Mail | Allstate | HICF |
| 0490126455 | M.C. | 5/4/2018 | Dearborn Pain | George Ibrahim | U.S. Mail | Allstate | HICF |
| TXA-0203519 | E.N. | 5/7/2018 | North Shore | John Dimitriou | Fax | Esurance | HICF |
| TXA-0203519 | E.N. | 5/7/2018 | North Shore | John Dimitriou | Fax | Esurance | Medical Record |
| 0461166407 | P.S. | 5/9/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 0461166407 | P.S. | 5/9/2018 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| 047426881 | T.T. | 5/18/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| 047426881 | T.T. | 5/18/2018 | Precise MRI | Ashley Abramson | Fax | Allstate | Medical Record |
| TXA-0202884 | M.S. | 5/18/2018 | Medi Transit | Medi Transit | Fax | Esurance | HICF |
| TXA-0202884 | M.S. | 5/18/2018 | Medi Transit | Medi Transit | Fax | Esurance | Medical Record |
| 0446405763 | T.M. | 5/22/2018 | Dearborn Pain | Pavan Tankha | U.S. Mail | Allstate | Medical Record |
| TXA-0193978 | A.H. | 5/24/2018 | Michigan Pain | Frances Madden | U.S. Mail | Esurance | Medical Record |
| 0446405763 | T.M. | 5/25/2018 | Dearborn Pain | Pavan Tankha | U.S. Mail | Allstate | HICF |
| TXA-0193978 | A.H. | 5/25/2018 | Michigan Pain | Frances Madden | U.S. Mail | Esurance | HICF |
| 0490126455 | M.C. | 5/29/2018 | Precise MRI | Maria Noitakis | Fax | Allstate | Medical Record |
| TXA-0198116 | N.K. | 5/29/2018 | Dearborn Pain | Mustafa Shukr | Fax | Esurance | Medical Record |
| TXA-0198116 | N.K. | 5/29/2018 | Dearborn Pain | Mustafa Shukr | Fax | Esurance | HICF |
| TXA-0203519 | E.N. | 5/29/2018 | Medi Transit | Medi Transit | Fax | Esurance | HICF |
| TXA-0203519 | E.N. | 5/29/2018 | Medi Transit | Pasquale Papalia | Fax | Esurance | Medical Record |
| 0490126455 | M.C. | 6/8/2018 | Precise MRI | Precise MRI | Fax | Allstate | HICF |
| TXA-0194577 | T.A. | 7/2/2018 | North Shore | Raminder Kaur | Fax | Esurance | HICF |
| TXA-0194577 | T.A. | 7/2/2018 | North Shore | Raminder Kaur | Fax | Esurance | Medical Record |
| 0482606787 | R.B. | 7/4/2018 | Sterling Heights Pain | Pavan Tankha | U.S. Mail | Allstate | Medical Record |
| 0482606787 | M.A. | 7/4/2018 | Sterling Heights Pain | Pavan Tankha | U.S. Mail | Allstate | Medical Record |
| 0508201407 | A.O. | 7/5/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | Medical Record |
| 0482606787 | R.B. | 7/12/2018 | Sterling Heights Pain | Pavan Tankha | U.S. Mail | Allstate | HICF |
| TXA-0201691 | V.B. | 7/25/2018 | Advanced Surgery | Hussein Huraibi | Fax | Esurance | HICF |
| TXA-0201691 | V.B. | 7/25/2018 | Advanced Surgery | Hussein Huraibi | Fax | Esurance | Medical Record |
| 0508201407 | A.O. | 8/3/2018 | Michigan Pain | Frances Madden | U.S. Mail | Allstate | HICF |
| TXA-0203680 | T.K. | 8/13/2018 | Sterling Heights Pain | Pavan Tankha | Fax | Esurance | HICF |
| 0482606787 | M.A. | 8/27/2018 | Sterling Heights Pain | James Padula | U.S. Mail | Allstate | HICF |
| TXA-0203680 | T.K. | 9/12/2018 | Sterling Heights Pain | Pavan Tankha | Fax | Esurance | Medical Record |
| TXA-0196848 | J.T. | 9/27/2018 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Esurance | HICF |
| TXA-0196848 | J.T. | 9/27/2018 | Advanced Surgery | Hussein Huraibi | U.S. Mail | Esurance | Medical Record |

**Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.**
**Exhibit 18**

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| TXA-0203680 | T.K. | 12/6/2018 | Sterling Heights Pain | Pavan Tankha | U.S. Mail | Esurance | Medical Record |
| TXA-0203680 | T.K. | 12/13/2018 | Sterling Heights Pain | Pavan Tankha | U.S. Mail | Esurance | HICF |