# EXHIBIT 24

Case 2:19-cv-10570-GCS-ARP ECF No. 1-25 filed 02/26/19 PageID.781 Page 2 of 5
Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 24 - Advanced Surgery Center, LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property and Casualty Insurance Company | 317088888 | $220.00 | 1/21/2015 | 6012600501 |
| Allstate Property and Casualty Insurance Company | 340905256 | $374.50 | 8/3/2015 | 6013668412 |
| Allstate Property and Casualty Insurance Company | 340905256 | $11,623.50 | 8/3/2015 | 6013668411 |
| Allstate Property and Casualty Insurance Company | 356131714 | $60.17 | 11/18/2015 | 1051991721 |
| Allstate Property and Casualty Insurance Company | 343497441 | $12,600.00 | 1/27/2016 | 6014633201 |
| Allstate Property and Casualty Insurance Company | TXA-0155526 | $19,500.00 | 2/4/2016 | 1000298014 |
| Allstate Property and Casualty Insurance Company | 341826329 | $12,000.00 | 2/18/2016 | 1454010051 |
| Allstate Insurance Company | 382039485 | $8,236.80 | 2/22/2016 | 6014778671 |
| Allstate Insurance Company | 387572654 | $9,083.31 | 4/27/2016 | 6015166211 |
| Allstate Property and Casualty Insurance Company | 317088888 | $9,500.00 | 5/4/2016 | 1885225751 |
| Allstate Insurance Company | 390106060 | $25,952.79 | 5/20/2016 | 6015297391 |
| Allstate Insurance Company | 387572654 | $8,156.70 | 5/23/2016 | 6015305781 |
| Allstate Insurance Company | 339503319 | $75,000.00 | 6/6/2016 | 1382677411 |
| Allstate Insurance Company | 387572654 | $60.00 | 6/23/2016 | 6015481541 |
| Allstate Insurance Company | 390106060 | $12,011.40 | 6/23/2016 | 6015480891 |
| Allstate Fire and Casualty Insurance Company | 404219271 | $2,794.00 | 7/29/2016 | 6015660471 |
| Allstate Property and Casualty Insurance Company | 392658324 | $23,107.00 | 10/10/2016 | 6016071971 |
| Allstate Fire and Casualty Insurance Company | 404219271 | $9,155.00 | 10/20/2016 | 6016142591 |
| Allstate Property and Casualty Insurance Company | 392658324 | $28,763.10 | 10/24/2016 | 6016161371 |
| Allstate Property and Casualty Insurance Company | 392658324 | $29,096.10 | 10/25/2016 | 6016170681 |
| Allstate Property and Casualty Insurance Company | 392658324 | $72.00 | 11/10/2016 | 6016265321 |
| Allstate Property and Casualty Insurance Company | 357449073 | $2,500.00 | 12/16/2016 | 1153223391 |
| Allstate Property and Casualty Insurance Company | 392658324 | $31,979.00 | 12/22/2016 | 6016507771 |
| Allstate Property and Casualty Insurance Company | 418876280 | $15,158.00 | 12/28/2016 | 6016528591 |
| Allstate Property and Casualty Insurance Company | 344871892 | $12,500.00 | 1/31/2017 | 1717458361 |
| Allstate Property and Casualty Insurance Company | 426792354 | $12,708.80 | 2/1/2017 | 6016721521 |

Case 2:19-cv-10578-GCS-APP ECF No. 1-25 filed 02/26/19 PageID.782 Page 3 of 5
Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 24 - Advanced Surgery Center, LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Property and Casualty Insurance Company | 415436765 | $12.34 | 2/2/2017 | 6016729312 |
| Allstate Property and Casualty Insurance Company | 415436765 | $18,768.80 | 2/2/2017 | 6016729311 |
| Allstate Property and Casualty Insurance Company | 312572399 | $29,288.00 | 2/10/2017 | 6016773631 |
| Allstate Property and Casualty Insurance Company | 426792354 | $3,710.00 | 2/22/2017 | 6016841281 |
| Allstate Property and Casualty Insurance Company | 393986864 | $50,000.00 | 3/7/2017 | 1985762751 |
| Allstate Property and Casualty Insurance Company | 315563478 | $9,000.00 | 3/13/2017 | 1254182711 |
| Allstate Property and Casualty Insurance Company | 415436765 | $16,978.00 | 3/21/2017 | 6016999681 |
| Allstate Fire and Casualty Insurance Company | 420976862 | $32.00 | 3/23/2017 | 6017010691 |
| Allstate Fire and Casualty Insurance Company | 420976862 | $34,344.00 | 3/24/2017 | 6017024321 |
| Allstate Property and Casualty Insurance Company | 364573592 | $5,500.00 | 3/31/2017 | 1985907891 |
| Allstate Property and Casualty Insurance Company | 390496980 | $1,900.00 | 4/3/2017 | 1486370531 |
| Allstate Property and Casualty Insurance Company | 355492943 | $1,450.00 | 4/26/2017 | 1856269941 |
| Allstate Property and Casualty Insurance Company | 426792354 | $80.28 | 5/8/2017 | 6017272762 |
| Allstate Property and Casualty Insurance Company | 426792354 | $7,400.00 | 5/8/2017 | 6017272761 |
| Allstate Property and Casualty Insurance Company | 329551336 | $5,000.00 | 5/30/2017 | 1656498661 |
| Allstate Property and Casualty Insurance Company | 364564823 | $29,483.20 | 6/15/2017 | 6017488601 |
| Allstate Insurance Company | 378559447 | $17,500.00 | 6/23/2017 | 1284281261 |
| Allstate Insurance Company | 298472747 | $857.60 | 6/26/2017 | 6017535531 |
| Allstate Fire and Casualty Insurance Company | 403292691 | $10.01 | 6/28/2017 | 6017558682 |
| Allstate Fire and Casualty Insurance Company | 403292691 | $5,072.40 | 6/28/2017 | 6017558681 |
| Allstate Insurance Company | 2172103810 | $7,050.00 | 6/28/2017 | 8601755387 |
| Allstate Fire and Casualty Insurance Company | 445001357 | $2,634.00 | 7/13/2017 | 6017632012 |
| Allstate Property and Casualty Insurance Company | 415436765 | $2,634.00 | 7/24/2017 | 6017693142 |
| Allstate Fire and Casualty Insurance Company | 445001357 | $16.90 | 8/15/2017 | 6017824131 |
| Allstate Fire and Casualty Insurance Company | 445001357 | $6,426.00 | 8/15/2017 | 6017824132 |
| Allstate Fire and Casualty Insurance Company | 445568686 | $3,868.80 | 8/22/2017 | 6017859111 |

Case 2:19-cv-10570-GCS-APP ECF No. 1-25 filed 02/26/19 PageID.783 Page 4 of 5
Allstate Insurance Company, et al. v. Michigan Pain Management PLLC, et al.
Exhibit 24 - Advanced Surgery Center, LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 387572654 | $7,048.80 | 8/22/2017 | 6017859061 |
| Allstate Insurance Company | 298472747 | $20.98 | 8/24/2017 | 6017877501 |
| Allstate Insurance Company | 298472747 | $21,275.13 | 8/24/2017 | 6017877502 |
| Allstate Insurance Company | 428713127 | $14.75 | 8/24/2017 | 6017873731 |
| Allstate Insurance Company | 428713127 | $3,852.00 | 8/24/2017 | 6017873721 |
| Allstate Insurance Company | 428713127 | $14,952.24 | 8/24/2017 | 6017873732 |
| Allstate Property and Casualty Insurance Company | 396025934 | $7,000.00 | 9/8/2017 | 1254946271 |
| Allstate Fire and Casualty Insurance Company | 414411982 | $85,000.00 | 9/29/2017 | 1887399171 |
| Allstate Insurance Company | 390106060 | $40,000.00 | 10/9/2017 | 1284729751 |
| Allstate Property and Casualty Insurance Company | 398350439 | $18,000.00 | 11/14/2017 | 1687508271 |
| Allstate Property and Casualty Insurance Company | 406670604 | $17,500.00 | 12/4/2017 | 1657278481 |
| Allstate Property and Casualty Insurance Company | 390496980 | $12,500.00 | 12/19/2017 | 1987010991 |
| Allstate Property and Casualty Insurance Company | TXA-0188195 | $271.81 | 12/27/2017 | 1000469671 |
| Allstate Property and Casualty Insurance Company | 418876280 | $12,500.00 | 1/12/2018 | 1618443731 |
| Allstate Property and Casualty Insurance Company | 453670259 | $97,303.60 | 2/7/2018 | 1355088971 |
| Allstate Property and Casualty Insurance Company | 414675140 | $12,250.00 | 2/8/2018 | 1355090811 |
| Allstate Property and Casualty Insurance Company | 424201820 | $14,000.00 | 2/12/2018 | 1588099081 |
| Allstate Fire and Casualty Insurance Company | 444971188 | $11,000.00 | 2/14/2018 | 1215361741 |
| Allstate Fire and Casualty Insurance Company | 420976862 | $75,000.00 | 2/19/2018 | 1285266181 |
| Allstate Property and Casualty Insurance Company | 426792354 | $7,000.00 | 3/6/2018 | 1487519451 |
| Allstate Property and Casualty Insurance Company | 406670604 | $50,000.00 | 3/13/2018 | 1487530051 |
| Allstate Property and Casualty Insurance Company | TXA-0188195 | $139.33 | 3/13/2018 | 1000487484 |
| Allstate Fire and Casualty Insurance Company | 427853528 | $43,500.00 | 3/26/2018 | 1418561161 |
| Allstate Property and Casualty Insurance Company | 407122241 | $6,000.00 | 4/13/2018 | 1757094181 |
| Allstate Property and Casualty Insurance Company | 379002603 | $11,000.00 | 4/18/2018 | 1055675161 |
| Allstate Property and Casualty Insurance Company | 452416100 | $11,500.00 | 4/18/2018 | 1957118611 |

Case 2:19-cv-10578-GCS-APP ECF No. 1-25 filed 02/26/19 PageID.784 Page 5 of 5
Allstate Insurance Company, et al. v. Michigan Pain Management PLC, et al.
Exhibit 24 - Advanced Surgery Center, LLC Damages Chart

| Payor | Claim Number | Payment | Payment Date | Check Number |
|---|---|---|---|---|
| Allstate Insurance Company | 390106060 | $11,271.00 | 4/24/2018 | 1116333841 |
| Allstate Fire and Casualty Insurance Company | 451998420 | $374.18 | 5/4/2018 | 6019320041 |
| Allstate Property and Casualty Insurance Company | TXA-0195917 | $14,951.00 | 5/7/2018 | 1000500620 |
| Allstate Property and Casualty Insurance Company | 380097765 | $15,500.00 | 5/22/2018 | 5213527521 |
| Allstate Insurance Company | 371483843 | $29,200.00 | 6/1/2018 | 1055859301 |
| Allstate Property and Casualty Insurance Company | 390496980 | $18,975.00 | 6/8/2018 | 1016795051 |
| Allstate Insurance Company | 387572654 | $7,000.00 | 8/2/2018 | 1888593711 |
| Allstate Property and Casualty Insurance Company | TXA-0195917 | $18,300.85 | 8/2/2018 | 1000520974 |
| Allstate Property and Casualty Insurance Company | TXA-0195917 | $3,317.62 | 8/13/2018 | 1000523172 |
| Allstate Property and Casualty Insurance Company | 406670604 | $40,000.00 | 9/10/2018 | 1216403331 |
| Allstate Property and Casualty Insurance Company | 479991118 | $15,000.00 | 9/10/2018 | 1216402861 |
| Allstate Fire and Casualty Insurance Company | 475909404 | $11,750.00 | 10/4/2018 | 1757816651 |
| Allstate Property and Casualty Insurance Company | 128639812 | $10,249.20 | 10/10/2018 | 6020245831 |
| Allstate Fire and Casualty Insurance Company | 406629048 | $11,500.00 | 10/17/2018 | 1117115341 |
| Allstate Property and Casualty Insurance Company | 442588398 | $5,000.00 | 10/17/2018 | 1117115351 |
| Allstate Property and Casualty Insurance Company | TXA-0188195 | $139.33 | 11/13/2018 | 1000545969 |
| Allstate Property and Casualty Insurance Company | 524604287 | $36,000.00 | 11/27/2018 | 1958081591 |
| Allstate Insurance Company | 390106060 | $75,000.00 | 12/4/2018 | 1386594861 |
| Allstate Property and Casualty Insurance Company | TXA-0195917 | $28,739.10 | 12/12/2018 | 1000553091 |
| Allstate Fire and Casualty Insurance Company | 474644895 | $25,000.00 | 12/14/2018 | 1017619601 |
| Allstate Property and Casualty Insurance Company | 426938650 | $38,800.00 | 12/27/2018 | 1858901241 |
| Allstate Fire and Casualty Insurance Company | 444334346 | $10,000.00 | 1/29/2019 | 1086459121 |
| Allstate Fire and Casualty Insurance Company | 460203367 | $50,000.00 | 1/30/2019 | 1859089311 |

**TOTAL DAMAGES $1,685,924.42**