UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,

                Plaintiffs,

v.

MICHIGAN PAIN MANAGEMENT PLLC; DEARBORN PAIN SPECIALISTS, PLC; SOUTHFIELD PAIN MANAGEMENT, PLLC; STERLING HEIGHTS PAIN MANAGEMENT, PLC; PRECISION MRI OF MICHIGAN LLC d/b/a PRECISE MRI; ADVANCED SURGERY CENTER, LLC; NORTH SHORE INJURY CENTER, INC.; MEDI TRANSIT INC.; JAMES PADULA, D.O.; JONATHAN MAFFIA; WILLIAM GONTE, M.D.; ELIAS GOLDSTEIN, D.C.; ALBERT JEROME, D.C.; FRANCES MADDEN, M.D.; FATINA MASRI, M.D.; HAITHAM MASRI, M.D.; ALI FARAJ; JAMES DEWEESE; and NATHAM KARRUMI, D.C.,

                Defendants.

C.A. No. _____

## **CERTIFICATE OF NO LIABILITY INSURANCE**

I, Jacquelyn A. McEttrick, counsel for the plaintiffs in the above-captioned matter, hereby certify that:

(1) The plaintiffs are not aware of any liability insurance available to satisfy the judgment sought in this matter.

(2) Neither I nor the plaintiffs have any reason to believe that there will be any liability insurance available to satisfy the judgment sought in this matter as the Complaint alleges intentional acts against the above-identified defendants.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

SMITH & BRINK

*/s/ Jacquelyn A. McEttrick*

_____

Richard D. King, Jr.
rking@smithbrink.com
Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
Andrew H. DeNinno
adeninno@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company*

Dated: February 26, 2019