UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY, et al.,

        Plaintiff,

v.

MICHIGAN PAIN MANAGEMENT, PLLC, et al.,

        Defendants.

_____/

Case No. 2:19-cv-10579

HONORABLE STEPHEN J. MURPHY, III

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS PRECISION MRI OF MICHIGAN LLC d/b/a PRECISE MRI AND NATHAM KARRUMI, D.C. ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company (collectively, "Allstate") and defendants Precision MRI of Michigan LLC d/b/a Precise MRI ("Precise MRI") and Natham Karrumi, D.C. ("Karrumi"), by and through their undersigned counsel, that Allstate's Complaint (*Docket No. 1*) be dismissed with prejudice as to Precise MRI and Karrumi without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

2

STIPULATED AND AGREED TO THIS 23rd DAY OF MAY, 2019:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *Precision MRI of Michigan LLC d/b/a Precise MRI and Natham Karrumi,* |
| By their Attorneys, | By their Attorney, |
| */s/ Jacquelyn A. McEttrick* | */s/ Paul J. Whiting* |
| ──────────────────── | ──────────────────── |
| Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>Andrew H. DeNinno<br>Adam Gutbezahl<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | Paul J. Whiting (P573275)<br>THE WHITING LAW FIRM, PLC<br>26300 Northwestern Hwy., Suite 301<br>Southfield, MI 48076<br>(248) 355-5900 |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,
et al.,

      Plaintiff,

v.

MICHIGAN PAIN MANAGEMENT,
PLLC, et al.,

      Defendants.
_____/

Case No. 2:19-cv-10579

HONORABLE STEPHEN J. MURPHY, III

**ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANTS PRECISION MRI OF MICHIGAN LLC d/b/a PRECISE MRI AND NATHAM KARRUMI, D.C. ONLY**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Precision MRI of Michigan LLC d/b/a Precise MRI and Natham Karrumi, D.C. are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter only as necessary to enforce the terms of settlement reached between the parties.

      **SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 28, 2019